FILED BY ___ D.C.

05 APR 27 PM 3:46

ROBERT R. DI TROLIO
U.S. DIST. CT.
TN. MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                     Case No.: 03-2061 D

CENTURY MANAGEMENT, et al.,

    Defendants.

## ORDER

On December 30, 2004, the Court entered an order striking Plaintiff's motion to compel and to strike without prejudice based on the fact the parties were in settlement negotiations. To date, the parties have not reported to the court the status of this matter. Accordingly, the parties are hereby ordered to submit a joint case status report on or before May 25, 2005, and to show cause why this matter should not be placed on the trial docket.

**IT IS SO ORDERED** this 26th day of April, 2005.

_____
BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-29-05

86



# Notice of Distribution

This notice confirms a copy of the document docketed as number 86 in case 2:03-CV-02061 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Ralph F. Boyd
U.S. DEPARTMENT OF JUSTICE
P.O. Box 66400
Washington, DC 20035--640

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Melissa Kimberly Hodges
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mark L. Shapiro
HOLLAND & KNIGHT LLC
131 S. Dearborn St.
Ste. 3000
Chicago, IL 60603

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Alexandra S. Gruber
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Keith D. Frazier
OGLETREE DEAKINS NASH SMOAK & STEWART
424 Church St.
Ste. 800
Nashville, TN 37219

Honorable Bernice Donald
US DISTRICT COURT