IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV 14 PM 4:21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 03-2061-D |
| ) | |
| CENTURY MANAGEMENT, et al. ) | |
| ) | |
| Defendants ) | |

### ORDER OF DISMISSAL
### AS TO DEFENDANT
### McDONALD'S CORPORATION ONLY

Pursuant to the Stipulation of Dismissal filed by plaintiff and defendant McDonald's Corporation, this action is hereby DISMISSED WITH PREJUDICE AS TO McDONALD'S CORPORATION ONLY, with each party bearing its own costs, attorney's fees and expenses.

This dismissal does not affect the claims against defendants Century Management LLC and Fred Tillman, and this action shall remain pending as to those defendants.

ENTER: _____
UNITED STATES DISTRICT JUDGE

DATED: November 14, 2005

# 3056570_v1

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-15-05

93

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 93 in case 2:03-CV-02061 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Ralph F. Boyd
U.S. DEPARTMENT OF JUSTICE
P.O. Box 66400
Washington, DC 20035--640

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mark L. Shapiro
HOLLAND & KNIGHT LLC
131 S. Dearborn St.
Ste. 3000
Chicago, IL 60603

Melissa Kimberly Hodges
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Alexandra S. Gruber
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Keith D. Frazier
OGLETREE DEAKINS NASH SMOAK & STEWART
424 Church St.
Ste. 800
Nashville, TN 37219

Honorable Bernice Donald
US DISTRICT COURT